**Order filed December 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00301-CV
_____

### ANMOS TRANSPORTATION, INC. AND ANANT SHRESTHA, Appellants

### V.

### SANTANDER BANK, N.A., Appellee

**On Appeal from County Court at Law No 3**
**Tarrant County, Texas**
**Trial Court Cause No. 2018-007723-3**

# O R D E R

Appellant's brief was due November 23, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before January 21, 2021, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.